# SEALED

**FILED**
APR 0 1 2019
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>RICKY BLACKWELL,<br><br>                Defendant. | CASE NO. 1:19-CR-00063-DAD-BAM<br><br>**UNDER SEAL**<br><br>ORDER SEALING APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ~~SEARCH WARRANT AND APPLICATION~~ Indictment THEREON |

IT IS HEREBY ORDERED that the above-captioned case, including the indictment and all other documents filed in the case, shall be SEALED until otherwise ordered by the court.

DATED: March 27, 2019

                                                                _____
                                                                 Honorable Barbara A. McAuliffe
                                                                  United States Magistrate Judge