McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:19-CR-00063-DAD-BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL CASE |
| v. | |
| RICKY BLACKWELL, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case be, and are, unsealed.

Dated: 4/4/19

The Honorable Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL CASE